UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | | 'O' |
|---|---|---|---|
| Case No. | CV14-6336-CAS(PJWx) | Date | September 22, 2014 |
| Title | *MOHSEN AMJADI v. NATIONSTAR MORTGAGE; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Robert Yap | |

**Proceedings:** DEFENDANTS NATIONSTAR MORTGAGE, LLC AND CAPITAL ONE, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(b)(6) (Filed 08/19/2014)[9]

Hearing held and defense counsel is present. No appearance is made by the plaintiff, nor on plaintiff's behalf. The Court confers with defense counsel, as stated in Court and on the record.

On August 19, 2014, defendants Nationstar Mortgage, LLC and Capital One, N.A. filed a motion to dismiss this action. Pursuant to Local Rule 7-9, plaintiff had until September 2, 2014 to file his opposition. Plaintiff has not filed any opposition. The Court deems plaintiff's failure to oppose the motion "consent to granting . . . of the motion." Local Rule 7-12.

Accordingly, the Court hereby GRANTS defendants' motion to dismiss, without prejudice. Plaintiff shall have leave to file an amended complaint no later than October 22, 2014. Failure to do so may result in dismissal of this action with prejudice.

| | 00 | : | 02 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |