UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | CIVIL MINUTES - GENERAL | | JS-6 |
|---|---|---|---|
| Case No. | CV14-6336-CAS (PJWx) | Date | October 27, 2014 |
| Title | *MOHSEN AMJADI v. NATIONSTAR MORTGAGE, LLC; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants |
| Not present | | Not Present |

**Proceedings:**     **(In Chambers:) ORDER DISMISSING CASE FOR PLAINTIFFS' FAILURE TO FILE AN AMENDED COMPLAINT**

On July 8, 2014, pro se plaintiff, Mohsen Amjadi, filed the instant action against defendants Nationstar Mortgage; ING Bank FSB; Sage Point Lender Services LLC; Does 1 thru 50 inclusive in Los Angeles County Superior Court. Dkt No. 1. On August 12, 2014, defendants removed to this Court. Id.

On September 22, 2014, the Court granted defendants' motions to dismiss without prejudice and admonished plaintiff that failure to file an amended complaint by October 22, 2014, would result in dismissal of the action with prejudice. Dkt. No. 14. To date, Plaintiff has failed to file an amended complaint. Accordingly, this case is hereby dismissed WITH PREJUDICE.

IT IS SO ORDERED.

                                          00 : 00

                        Initials of Preparer          CMJ